UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ORTHO-MCNEIL PHARMACEUTICAL INC., et al.,** : | | **Civil Action No. 03-4678(SRC)** |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| : | | **ORDER** |
| **BARR LABORATORIES, INC.,** : | | |
| : | | |
| Defendant. : | | |
| : | | |

This matter having come before the Court upon Motion by Plaintiffs Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical Research & Development, LLC ("Plaintiffs") to Preclude Trial Testimony of Dr. James A. Simon on "New Opinions Not Contained in His Expert Reports," [Docket Entry #51], returnable June 5, 2006; and Defendant Barr Laboratories, Inc. ("Defendant") having submitted opposition; and the Court noting that Defendant has offered to redepose Dr. Simon at its expense, including attorneys' fees, if Plaintiffs should so request; and the Court having reviewed the parties' submissions; and the Court having conducted oral argument on April 11, 2006; and for the reasons expressed in the accompanying Memorandum Opinion; and good cause having been shown;

IT IS on this 29th day of June, 2006,

ORDERED that Plaintiff's motion to preclude trial testimony of Dr. Simon [Docket Entry #51] is denied.

/s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**